UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

|  |  |
|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION | Master File No. 2:11-md-2226-DCR<br>MDL Docket No. 2226<br><br>**ORDER** |

*** *** *** ***

The Court being sufficiently advised, it is hereby

**ORDERED** that, with respect to counsel who are no longer representing any active party in this matter, the Clerk is **DIRECTED** to remove such attorneys from the attorney service list, as well as from the master file docket.

This 1st day of September, 2011.

