AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Joseph Simpson on behalf of on behalf of himself and as Personal Representative of the Estate of Joseph Daniel Simpson, III

V.

Qualitest Pharmaceuticals, Inc. Eli Lilly and Company, Xanodyne Pharmaceuticals, Inc. Endo Pharmaceuticals, Inc. Vintage Pharmaceuticals, LLC, Probst Distribution, Inc. f/k/a/ Qualitest Pharmaceuticals, Inc, Generics Bidco I, LLC d/b/a Qualitest Pharmaceuticals, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:11-cv-00210; Master - 2:11-md-2226 DCR

TO: (Name and address of Defendant)

Generics Bidco I, LLC
through its registered agent, CT Corporation System
2 NO Jackson St, Suite 605
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St. Suite 501
Dallas, TX 75202

an answer to the complaint which is herewith served upon you, within ~~20~~ 21 cbd days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer, Clerk
CLERK

9/27/2011
DATE

C. Dearborn
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
       Date              Signature of Server

                         _____
                         Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Joseph Simpson on behalf of on behalf of himself and as Personal Representative of the Estate of Joseph Daniel Simpson, III

V.

Qualitest Pharmaceuticals, Inc. Eli Lilly and Company, Xanodyne Pharmaceuticals, Inc. Endo Pharmaceuticals, Inc. Vintage Pharmaceuticals, LLC, Probst Distribution, Inc. f/k/a/ Qualitest Pharmaceuticals, Inc, Generics Bidco I, LLC d/b/a Qualitest Pharmaceuticals, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:11-cv-00210; Master - 2:11-md-2226 DCR

TO: (Name and address of Defendant)

Vintage Pharmaceuticals, LLC
through its registered agent, CT Corporation System
2 NO Jackson St, Suite 605
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St. Suite 501
Dallas, TX 75202

an answer to the complaint which is herewith served upon you, within ~~20~~ 21 cbd days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer, Clerk
CLERK

9/27/2011
DATE

C. Dearborn
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ **G** Served personally upon the third-party defendant. Place where served: _____

☐ **G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ **G** Returned unexecuted: _____

☐ **G** Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
  Date           *Signature of Server*

  _____
  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Joseph Simpson on behalf of on behalf of himself and as Personal Representative of the Estate of Joseph Daniel Simpson, III

**SUMMONS IN A CIVIL CASE**

V.

Qualitest Pharmaceuticals, Inc. Eli Lilly and Company, Xanodyne Pharmaceuticals, Inc. Endo Pharmaceuticals, Inc. Vintage Pharmaceuticals, LLC, Probst Distribution, Inc. f/k/a/ Qualitest Pharmaceuticals, Inc, Generics Bidco I, LLC d/b/a Qualitest Pharmaceuticals, Inc.

CASE NUMBER: 2:11-cv-00210; Master - 2:11-md-2226 DCR

TO: (Name and address of Defendant)

Propst Distribution, Inc.
through its registered agent, William S. Propst, Sr.
401 Meridian St. Suite 101
Huntsville, AL  35801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St. Suite 501
Dallas, TX  75202

an answer to the complaint which is herewith served upon you, within ~~20~~ 21 cbd days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer, Clerk
CLERK

9/27/2011
DATE

C. Dearborn
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern  District of  Kentucky

Joseph Simpson on behalf of on behalf of himself and as Personal Representative of the Estate of Joseph Daniel Simpson, III

**SUMMONS IN A CIVIL CASE**

V.

Qualitest Pharmaceuticals, Inc. Eli Lilly and Company, Xanodyne Pharmaceuticals, Inc. Endo Pharmaceuticals, Inc. Vintage Pharmaceuticals, LLC, Probst Distribution, Inc. f/k/a/ Qualitest Pharmaceuticals, Inc, Generics Bidco I, LLC d/b/a Qualitest Pharmaceuticals, Inc.

CASE NUMBER: 2:11-cv-00210;  Master - 2:11-md-2226 DCR

TO: (Name and address of Defendant)

Qualitest Pharmaceuticals, Inc.
through its registered agent, William S. Propst, Sr.
401 Meridian St. Suite 101
Huntsville, AL  35801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St. Suite 501
Dallas, TX  75202

an answer to the complaint which is herewith served upon you, within   20  21 cbd   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer, Clerk
CLERK

C. Dearborn
(By) DEPUTY CLERK

9/27/2011
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant.  Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⚖AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern   District of   Kentucky

Joseph Simpson on behalf of on behalf of himself and as Personal Representative of the Estate of Joseph Daniel Simpson, III

V.

Qualitest Pharmaceuticals, Inc. Eli Lilly and Company, Xanodyne Pharmaceuticals, Inc. Endo Pharmaceuticals, Inc. Vintage Pharmaceuticals, LLC, Probst Distribution, Inc. f/k/a/ Qualitest Pharmaceuticals, Inc, Generics Bidco I, LLC d/b/a Qualitest Pharmaceuticals, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   2:11-cv-00210;  Master - 2:11-md-2226 DCR

TO: (Name and address of Defendant)

Xanodyne Pharmaceuticals, Inc.,
through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company,
421 West Main St.
Frankfort, KY 40601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St. Suite 501
Dallas, TX  75202

an answer to the complaint which is herewith served upon you, within ~~20~~ 21 cbd days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Leslie G. Whitmer, Clerk**

CLERK

C. Dearborn

(By) DEPUTY CLERK

9/27/2011

DATE

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date             *Signature of Server*

                              *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Joseph Simpson on behalf of on behalf of himself and as Personal Representative of the Estate of Joseph Daniel Simpson, III

**SUMMONS IN A CIVIL CASE**

V.

Qualitest Pharmaceuticals, Inc. Eli Lilly and Company, Xanodyne Pharmaceuticals, Inc. Endo Pharmaceuticals, Inc. Vintage Pharmaceuticals, LLC, Probst Distribution, Inc. f/k/a/ Qualitest Pharmaceuticals, Inc, Generics Bidco I, LLC d/b/a Qualitest Pharmaceuticals, Inc.

CASE NUMBER: 2:11-cv-00210; Master - 2:11-md-2226 DCR

TO: (Name and address of Defendant)

Eli Lilly and Company,
by its registered agent, Richard Armitage
Lilly Corporate Center
Indianapolis, IN 46285

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St. Suite 501
Dallas, TX  75202

an answer to the complaint which is herewith served upon you, within ~~20~~ 21 cbd days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Leslie G. Whitmer, Clerk
CLERK

9/27/2011
DATE

C. Dearborn
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
         Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                              *Signature of Server*

                                                      *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.