AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Eastern District of Kentucky

Joseph Simpson on bahalf of himself and as Personal Representative of the Estate of Jospeh Daniel Simpson, III

V.

Qualitest Pharmaceuticals, Inc. Eli Lilly& Co., Xanodyne Pharmaceuticals, Inc. Endo Pharmaceuticals, Inc. Vintage Pharmaceuticals, LLC, Probst Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc., Generics Bidco I, LLC d/b/a Qualitest Pharmaceuticals

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:11-cv-00210; Master - 2:11-md-2226

TO: (Name and address of Defendant)

**Qualitest Pharmaceuticals
130 Vintage Drive
Huntsville, AL 35811**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeremy R. Wilson
Wilson Trosclair & Lovins, PLLC
302 N. Market St., Suite 501
Dallas, TX  75202

an answer to the complaint which is herewith served upon you, within      21      days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Leslie G. Whitmer, Clerk**
CLERK

10/7/2011
DATE

C. Dearborn
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the third-party defendant. Place where served: _____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.